IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-00023-FDW

| | | |
|---|---|---|
| CHRISTOPHER J. PARKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| HUBERT CORPENING; FNU Superintendent-Marion Correctional; VALERIE CARSWELL, MA Staff Psychologist-Marion Correctional, | ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's motions for leave to file an amended complaint pursuant to 42 U.S.C. § 1983. (Doc. Nos. 12, 26).

Plaintiff is prisoner of the State of North Carolina who filed a pro se § 1983 complaint and he seeks leave to file an amended complaint. The Court notes that service of process has not been ordered in Plaintiff's case; therefore Plaintiff may file an amended complaint as a matter of right under Rule 15 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's motions to file an amended complaint are **GRANTED**. (Doc. Nos. 12, 26). Plaintiff shall have 14-days from entry of this Order to file his amended complaint.

2. Plaintiff's motions to appoint counsel are **DENIED WITHOUT PREJUDICE**. (Doc. Nos. 10, 22).

3. Plaintiff's motions to compel are **DENIED WITHOUT PREJUDICE**. (Doc. Nos. 17, 20).

1

4. Plaintiff's motion for extension of time to serve summons is **DENIED WITHOUT PREJUDICE**. (Doc. No. 24).

5. Plaintiff's motions for a speedy trial are **DENIED WITHOUT PREJUDICE**. (Doc. Nos. 30-31).

6. The Clerk is directed to mail a blank § 1983 form to Plaintiff's address that is on file with the Court.

**SO ORDERED**.

Signed: August 22, 2016

Frank D. Whitney
Chief United States District Judge