UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW

| | | |
|---|---|---|
| CHRISTOPHER J. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HUBERT CORPENING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's two documents entitled "Declaration for Entry of Default," (Doc. Nos. 51, 52), in which he seeks the entry of default judgment against Defendants Hubert Corpening and Valerie Carswell.

Defendants Corpening and Carswell were served on February 8, 2018, and they filed their Answer on March 1, 2018. See (Doc. Nos. 46, 49). Therefore, Defendants are not in default and Plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED** that:

Plaintiff's Motions for default judgment, (Doc. Nos. 51, 52), are **DENIED**.

Signed: March 6, 2018

Frank D. Whitney
Chief United States District Judge

1