**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW**

| | |
|---|---|
| CHRISTOPHER J. PARKER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HUBERT CORPENING, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's two documents entitled "Declaration for Entry of Default," (Doc. Nos. 54, 55), in which he seeks the entry of default judgment.

These motions are duplicative of two previously-filed motions seeking default judgment that were denied on March 6, 2018, because they are factually baseless. (Doc. No. 53). The instant motions are denied for the same reason.

Plaintiff is cautioned that the use of vexatious litigation tactics, including the continued filing of duplicative and frivolous motions, may result in the imposition of sanctions. See generally 28 U.S.C. § 1651(a).

**IT IS THEREFORE ORDERED** that:

Plaintiff's Motions for default judgment, (Doc. Nos. 54, 55), are **DENIED**.

Signed: March 9, 2018

Frank D. Whitney
Chief United States District Judge

1