UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW

| | |
|---|---|
| CHRISTOPHER J. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HUBERT CORPENING, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion for Order," (Doc. No. 62), and "Motion to Suppress Evidence," (Doc. No. 63). In the Motion for Order, he seeks discovery from Alexander Correctional Institution and blank subpoena forms. In the Motion to Suppress, Plaintiff seeks an order requiring Defendants to "hold no evidences back when it comes to statements, picture photos, or audios, etc." (Doc. No. 63 at 1).

Routine discovery requests should not be filed with the Court. This Court's local rules provide that "[t]he parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses thereto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition." LCvR 26.2. Therefore, Plaintiff's motions seeking discovery will be denied.

Plaintiff's motion seeking subpoena forms refers to a "state employee employee that's a witness in my lawsuit" but fails to identify that individual and does not explain the purpose of his request. The Court is therefore unable to determine the type of subpoena Plaintiff seeks and

1

whether or not it is appropriate. Plaintiff is instructed to acquaint himself with the Federal Rules of Civil Procedure, this Court's Local Rules, and the blank forms available on the Court's website.[1] See, e.g., Fed. R. Civ. P. 26. Therefore, Plaintiff's request for a subpoena form is denied.

**IT IS THEREFORE ORDERED** that:

(1)   Plaintiff's Motion for Order, (Doc. No. 62), is **DENIED**.

(2)   Plaintiff's Motion to Suppress Evidence, (Doc. No. 63), is **DENIED**.

Signed: April 6, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] http://www.ncwd.uscourts.gov/