UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW

| | |
|---|---|
| CHRISTOPHER J. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HUBERT CORPENING, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for an "Order for Mental Health Examination," (Doc. No. 67), and "Motion to Continue," (Doc. No. 68).

In the "Order for Mental Health Examination," Plaintiff seeks a current mental health examination of himself, and also requests copies of "G.S. 1A-1" supboena forms pursuant to "Rule 45," and a copy of the docket sheet. Plaintiff's request for a mental health examination is lacking in any factual or legal support and will be denied at this time. Plaintiff's request for subpoena forms will be granted insofar as the Clerk of Court will be directed, as a courtesy, to mail Plaintiff a copy of the standard subpoena form.[1] Plaintiff has already been provided with a copy of the current docket sheet on May 4, 2018, so his request for another copy is denied at this time.

In the "Motion to Continue," Plaintiff purports to seek an extension of time to respond to Defendants' motion to dismiss. No such motion has been filed to date and the deadline for filing dispositive motions does not expire until July 30, 2018. See (Doc. No. 50). Plaintiff's motion for an extension of time is denied as moot at this time.

---

[1] Plaintiff is reminded that copies of several frequently used forms are available on the Court's website, http://www.ncwd.uscourts.gov/local-forms/prose-forms.

1

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion for an "Order for Mental Health Examination," (Doc. No. 67), is **GRANTED** in part and **DENIED** in part as stated in this Order.

(2) The Clerk of Court is directed to mail Plaintiff a copy of the AO 88B Form.

(3) Plaintiff's "Motion to Continue," (Doc. No. 68), is **DENIED** as moot.

Signed: May 14, 2018

Frank D. Whitney
Chief United States District Judge