UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW

| CHRISTOPHER J. PARKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HUBERT CORPENING, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Request No Extension of Time for Defendants," (Doc. No. 86), in which he opposed Defendants' September 11, 2018, Motion to extend the deadline for filing dispositive motions. See (Doc. No. 84). The Court has already granted the extension of time. (Doc. No. 85). Therefore, Plaintiff's present Motion will be denied as moot.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Request No Extension of Time for Defendants," (Doc. No. 86), is **DENIED** as moot.

Signed: September 25, 2018

Frank D. Whitney
Chief United States District Judge