UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-23-FDW

| | |
|---|---|
| CHRISTOPHER J. PARKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HUBERT CORPENING, et al., )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Suppress Psychiatrist Name for Subpoena," (Doc. No. 103), and "Request," (Doc. No. 104), that was docketed as a Motion seeking copies of all exhibits filed in this case.

Plaintiff's Motions seek information to continue litigating this case. However, it has already been resolved in Defendants' favor and is closed. The instant Motions will therefore be denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion to Suppress Psychiatrist Name for Subpoena," (Doc. No. 103), and "Request," (Doc. No. 104), are **DENIED** as moot.

Signed: May 10, 2019

_____
Frank D. Whitney
Chief United States District Judge

1